No. 268. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* GRINNELL, EXECUTOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Bernhard Knollenberg* and *Allen Evarts Foster* for respondent.

No. 289. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* TAYLOR. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. Truman Henson* for respondent.

No. 292. LERNER *v.* FIRST WISCONSIN NATIONAL BANK OF MILWAUKEE ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Emil Hersh* for petitioner. *Messrs. John C. Warner, Edgar L. Wood, Walter J. Mattison,* and *Ben Z. Glass* for respondents.

No. 338. JENNINGS, RECEIVER, ET AL. *v.* UNITED STATES FIDELITY & GUARANTY CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John F. Anderson, F. G. Awalt,* and *George P. Barse* for petitioners. *Messrs. Arthur L. Gilliom* and *S. O. Pickens* for respondent.

No. 339. JURNEY *v.* MACCRACKEN. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Leslie C. Garnett* and *Harry L. Underwood* for petitioner.